1 Zachary C. Frampton (SBN 303225)
Email: zframpton@reedsmith.com
2 REED SMITH LLP
355 South Grand Avenue
3 Suite 2900
Los Angeles, CA 90071-1514
4 Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080
5
6 Attorneys for Defendant
Synchrony Bank

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Xuandao Gray-Lingle | Case No.: 2:17-cv-00093-MCE-KJN |
| Plaintiff, | **ORDER GRANTING STIPULATED REQUEST TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 143, 144(a))** |
| vs. | |
| Synchrony Bank, | |
| Defendant. | |

ORDER

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore, it is hereby ordered that Defendant's time to respond to Plaintiff's Complaint is extended through and including **March 17, 2017**.

IT IS SO ORDERED.

Dated:  February 16, 2017

---
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE