Zachary C. Frampton (SBN 303225)
Email: zframpton@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
Synchrony Bank

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Xuandao Gray-Lingle<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Synchrony Bank,<br><br>　　　　　Defendant. | Case No.: 2:17-cv-00093-MCE-KJN<br><br>**ORDER GRANTING STIPULATED REQUEST TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 143, 144(a))** |

## **ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore, it is hereby ordered that Defendant's time to respond to Plaintiff's Complaint is extended through **April 7, 2017**.

IT IS SO ORDERED.

**Dated:  March 17, 2017**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE