Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **XUANDAO GRAY-LINGLE,** | ) Case No. **2:17-cv-00093-MCE-KJN** |
| **Plaintiff,** | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| **SYNCHRONY BANK,** | ) |
| **Defendants.** | ) |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that the parties have reached a settlement in principle and are currently preparing a settlement agreement. Plaintiff, with Defendant's consent and agreement, requests that this Honorable Court vacate all pending deadlines and hearings and allow thirty (30) days within which to file dispositive documentation, including a Joint Stipulation of Dismissal. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 31st Day of May, 2017.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 31st Day of May, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Morrison C. England, Jr.
United States District Court
Eastern District of California

And all Counsel of Record on the electronic service list.

This 31st Day of May, 2017.

s/Todd M. Friedman
Todd M. Friedman