# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XUANDAO GRAY-LINGLE, | )<br>) |
| Plaintiff, | ) Case No. 2:17-cv-00093-MCE-KJN |
| vs. | )<br>) ORDER |
| SYNCHRONY BANK, Does 1-10 inclusive, | )<br>) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and the Stipulation of the Parties, this entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

IT IS SO ORDERED.

Dated: July 6, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Order to Dismiss - 1